

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 2-09-329-CV

MARTIN BARNES, MAXIE GABLE,                          APPELLANTS
AND GEORGE PERSLEY

V.

BNSF RAILWAY COMPANY                                    APPELLEE

----------

## FROM THE 348TH DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered "Appellants' Amended Motion To Dismiss." Although appellee BNSF Railway Company opposes appellants' motion, appellee has not filed a notice of appeal. *See* Tex. R. App. P. 25.1(c). Accordingly, it is the court's opinion that "Appellants' Amended Motion To Dismiss" should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

---

[1] *See* Tex. R. App. P. 47.4.

Costs of the appeal shall be paid by appellants, for which let execution issue. *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL:  WALKER, MCCOY, and MEIER, JJ.

DELIVERED:  February 25, 2010